RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
CLIFFORD E. STEVENS, JR., Trial Attorney (D.C. Bar # 463906)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 353-7548
Facsimile: (202) 305-0275
clifford.stevens@usdoj.gov

**Counsel for Defendants**

Melissa Gale Thrailkill (CA Bar # 256674)
Center for Biological Diversity
351 California Street, Ste. 600
San Francisco , CA 94104
Telephone: 415-436-9683x313
Facsimile: 415-436-9683
mthrailkill@biologicaldiversity.org

John T Buse (CA Bar # 163156)
Center for Biological Diversity
5656 S. Dorchester #3
Chicago , IL 60637
Telephone: 323-533-4416
Facsimile: 610-885-2187
jbuse@biologicaldiversity.org

Andrew John Orahoske (OR Bar # 076659)
Center for Biological Diversity
P.O. Box 9174
Missoula , MT 59807
Telephone: 406-529-7591
orahoske@biologicaldiversity.org

**Counsel for Plaintiff**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> DIRK KEMPTHORNE, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:08-cv-4594-PJH <br><br> **STIPULATION AND P~~ROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1
2
3     WHEREAS, this action concerns a challenge to the U.S. Fish and Wildlife Service's 2005
4 designation of critical habitat for the Pacific coast population of the threatened western snowy plover
5 under the Endangered Species Act;
6     WHEREAS, a case management conference is set for January 8, 2009 at 2:30 p.m. in this
7 action;
8     WHEREAS, Plaintiff and Federal Defendants are exploring settlement of this case and
9 believe it would be more fruitful and efficient for the parties and the Court to allow a reasonable
10 period for such settlement discussions to conclude or further develop before the case management
11 conference; and
12     WHEREAS, the case management conference has not been previously continued.
13     Accordingly, IT IS HEREBY STIPULATED by and among the parties through their
14 respective counsel, that with the approval of the Court, the case management conference in this
15 action currently set for January 8, 2009 be continued to ~~March 12, 2009~~ April 2, 2009 at 2:30 p.m.

16
                                        Respectfully submitted,
17
18                                      RONALD J. TENPAS
                                        Assistant Attorney General
19                                      Environment and Natural Resources Division

20                                      JEAN E. WILLIAMS, Chief
                                        LISA L. RUSSELL, Assistant Chief
21
22 Dated: December 23, 2008             By: */s/ Clifford E. Stevens, Jr.*
                                        CLIFFORD E. STEVENS, JR., Trial Attorney
23
                                        Counsel for Defendants
24
25 Dated: December 23, 2008             By: */s/* Melissa Gale Thrailkill
                                        MELLISSA GALE THRAILKILL
26                                      Center for Biological Diversity

27
28 Dated: December 23, 2008             By: */s/* John T. Buse
                                        JOHN T. BUSE

- 2 -

|   |   |   |
|---|---|---|
| 1 |  | Center for Biological Diversity |
| 2 | Dated:  December 23, 2008 | By: */s/* Andrew Orahoske |
| 3 |  | ANDREW ORAHOSKE<br>Center for Biological Diversity |
| 4 |  | Counsel for Plaintiff |

1     **ORDER**

2     PURSUANT TO STIPULATION, IT IS IT IS SO ORDERED.

3

4
        Dated: 1/5/09                              _____
5                                                  Honorable Phyllis J. Hamilton
                                                   United States District Judge
6

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

- 4 -