UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE CENTER FOR BIOLOGICAL
DIVERSITY,

          Plaintiff(s),

     v.

DIRK KEMPTHORNE, et al.,

          Defendant(s).

_____/

No. C 08-4594 PJH

**ORDER DENYING MOTION TO
SHORTEN TIME AND VACATING
HEARING**

Before the court is the court is the motion of intervenor-applicants to shorten time for the hearings currently scheduled for January 21, 2009 and February 4, 2009 and to vacate the hearing dates, so that the unopposed motions to intervene may be considered by this court on January 14, 2009.  Typically a motion to shorten time is addressed to the advancement of a hearing date and the abbreviation of the briefing schedule.  It appears from this request, however, that movants desire to vacate the hearing dates, not advance them, so that the court can "consider" their motions on January 14, 2009.  To the extent that movants are seeking a decision on their motions on January 14, 2009, today's date, the request is DENIED.  However, the court agrees that no hearing is necessary and hereby VACATES the January 14, 2009 and February 4, 2009 hearing dates.  The motions will be decided on the papers in due course.

    **IT IS SO ORDERED.**

Dated: January 14, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge

United States District Court
For the Northern District of California