1   JOHN C. CRUDEN
    Acting Assistant Attorney General
2   Environment & Natural Resources Division

3   JEAN E. WILLIAMS, Chief
    LISA L. RUSSELL, Assistant Chief
4   CLIFFORD E. STEVENS, JR., Trial Attorney (D.C. Bar # 463906)
    U.S. Department of Justice
5   Environment and Natural Resources Division
    Wildlife and Marine Resources Section
6   P.O. Box 7369
    Washington, DC 20044-7369
7   Telephone: (202) 353-7548
    Facsimile: (202) 305-0275
8   clifford.stevens@usdoj.gov

9   **Counsel for Defendants**

10  Melissa Gale Thrailkill (CA Bar # 256674)
    Center for Biological Diversity
11  351 California Street, Ste. 600
    San Francisco , CA 94104
12  Telephone: 415-436-9683x313
    Facsimile: 415-436-9683
13  mthrailkill@biologicaldiversity.org

14  John T. Buse (CA Bar # 163156)
    Center for Biological Diversity
15  5656 S. Dorchester #3
    Chicago , IL 60637
16  Telephone: 323-533-4416
    Facsimile: 610-885-2187
17  jbuse@biologicaldiversity.org

18  **Counsel for Plaintiff**

19  Ronald A. Zumbrun (CA Bar # 32684)
    The Zumbrun Law Firm
20  3800 Watt Avenue, Suite 101
    Sacramento, CA 95821
21  Telephone: 916-486-5900
    Facsimile: 916-486-5959
22  zfirm@zumbrunlaw.com

23  **Counsel for Intervenors Sand City and Sand City Redevelopment Agency**

24  Thomas D. Roth (CA Bar # 208601)
    Law Offices of Thomas D. Roth
25  One Market, Spear Tower, Suite 3600
    San Francisco, CA 94105
26  Telephone: 415-293-7684
    Facsimile: 415-435-2086
27  Rothlaw1@comcast.net

28  **Counsel for Intervenor Security National Guaranty, Inc.**

    Damien Schiff (CA Bar # 235101)

Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
Telephone: 916-419-7111
Facsimile: 916-419-7747
dms@pacificlegal.org

**Counsel for Intervenors Friends of Oceano Dunes, Inc. and Oxfoot Associates, LLC**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> KEN SALAZAR, et al., ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> SAND CITY, CALIFORNIA and SAND ) <br> CITY REDEVELOPMENT AGENCY, ) <br> ) <br> Intervenor, ) <br> ) <br> SECURITY NATIONAL GUARANTY, INC., ) <br> ) <br> Intervenor, ) <br> ) <br> FRIENDS OF OCEANO DUNES, INC. and ) <br> OXFOOT ASSOCIATES, LLC, ) <br> ) <br> Intervenor. ) <br> ) | Case No. 3:08-cv-4594-PJH <br><br> **STIPULATION FOR STAY PENDING SETTLEMENT** |

WHEREAS,

1. This case involves a challenge to a decision by the Secretary of Interior to revise the designation of critical habitat for the Pacific Coast population of the western snowy plover under the Endangered Species Act, 16 U.S.C. § 1533 et seq. See 70 Fed. Reg. 56,970 (September 29, 2005).

1     2. Plaintiff Center for Biological Diversity and Federal Defendants[1]/ have reached a tentative settlement of the case. However, time is needed to prepare a settlement agreement and negotiate attorney's fees, and for Federal Defendants to obtain necessary approvals within the U.S. Department of Justice and U.S. Department of Interior. Defendant-Intervenors Sand City, Sand City Redevelopment Agency, Friends of Oceano Dunes, Inc., Oxfoot Associates, LLC, and Security National Guaranty, Inc. are participating in this process.

    3. The parties respectfully request that the Court stay this litigation for 60 days from the date of this stipulation (until May 11, 2009), to allow time for the filing of a settlement agreement with the Court. There are several impending steps in this litigation that the parties seek to stay. By order dated January 5, 2009, the Court vacated the originally scheduled initial case management conference and rescheduled the conference for 2:30 p.m on April 2, 2009. Pursuant to Civil Local Rule 16-9, seven days prior to the conference, on March 26, 2009, a joint case management report is due. The parties respectfully submit that the Court should vacate the scheduled case management conference.[2]/

    4. In addition, the parties agree that in light of the tentative settlement, it is not necessary at this time for Federal Defendants to file the administrative record.[3]/

    5. In the event that any Intervenor opposes the settlement, the parties agree that within 30 days of the filing of the settlement agreement, the Intervenor may file an opposition with the Court and that responses will be due 20 days later.

---

[1]/ Pursuant to Fed. R. Civ. P. 25(d), Ken Salazar is substituted as a defendant for Dirk Kempthorne.

[2]/ Alternatively, the Court could set a conference for a date reasonably after the settlement agreement and any opposition and responses are filed. Based on the proposed schedule for filing any oppositions and responses set forth in paragraph 5 of this stipulation, July 16, 2009 would be an appropriate date.

[3]/ On December 31, 2008, prior to Intervenors being granted party status, Plaintiff and Federal Defendants submitted a joint case management report in advance of the originally scheduled initial case management conference. The report contains a proposed initial case schedule, including dates for filing the administrative record (March 30, 2009) and for briefing on motions to supplement the record. That proposed schedule has not been adopted by the Court.

- 3 -

1  A proposed order is attached.

2  IT IS SO STIPULATED

3

                                               Respectfully submitted,
4

5                                              JOHN C. CRUDEN

6                                              Acting Assistant Attorney General
                                               Environment and Natural Resources Division
7
                                               JEAN E. WILLIAMS, Chief
8                                              LISA L. RUSSELL, Assistant Chief

9
   Dated:  March 10, 2009                      By: */s/ Clifford E. Stevens, Jr.*
10                                             CLIFFORD E. STEVENS, JR., Trial Attorney

11                                             Counsel for Defendants

12
   Dated:  March 10, 2009                      By: */s/ John T. Buse*
13                                             JOHN T. BUSE
                                               Center for Biological Diversity
14
                                               Counsel for Plaintiff
15

16 Dated:  March 10, 2009                      By: */s/ Thomas D. Roth*
                                               THOMAS D. ROTH
17                                             Law Offices of Thomas D. Roth

18                                             Counsel for Security National Guaranty, Inc.

19
   Dated:  March 10, 2009                      By: */s/ Damien Schiff*
20                                             DAMIEN SCHIFF
                                               Pacific Legal Foundation
21
                                               Counsel for Friends of Oceano Dunes, Inc. and
22                                             Oxfoot Associates, LLC

23
   Dated:  March 10, 2009                      By: */s/ Ronald A. Zumbrun*
24                                             RONALD A. ZUMBRUN
                                               The Zumbrun Law Firm
25
                                               Counsel for Sand City and Sand City
26                                             Redevelopment Agency

27

28

                                            - 4 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br>        Plaintiff, ) <br>   vs. ) <br> ) <br> KEN SALAZAR, et al., ) <br> ) <br>        Defendants, ) <br> ) <br>   and ) <br> ) <br> SAND CITY, CALIFORNIA and SAND ) <br> CITY REDEVELOPMENT AGENCY, ) <br> ) <br>        Intervenor, ) <br> ) <br> SECURITY NATIONAL GUARANTY, INC., ) <br> ) <br>        Intervenor, ) <br> ) <br> FRIENDS OF OCEANO DUNES, INC. and ) <br> OXFOOT ASSOCIATES, LLC, ) <br> ) <br>        Intervenor. ) | Case No. 3:08-cv-4594-PJH <br><br> **PROPOSED ORDER FOR STAY PENDING SETTLEMENT** |

For good cause shown and by stipulation of the parties, it is ordered that:

    1.    The above-captioned case is stayed until May 11, 2009, pending filing of a settlement agreement with the Court. Pursuant to the stay, the conference scheduled for April 2, 2009 at 2:30 p.m. in this case is vacated [rescheduled for _____].

    2.    Until otherwise ordered by the Court, Federal Defendants need not file the administrative record.

    3.    Any Intervenor that opposes the settlement may file an opposition within 30 days of the filing of the agreement, and responses to any oppositions will be due 20 days later.

IT IS SO ORDERED

Dated: _____       _____
                                                                                 PHYLLIS J. HAMILTON.
                                                                                 UNITED STATES DISTRICT JUDGE