IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>  vs.<br><br>KEN SALAZAR, et al.,<br><br>    Defendants,<br><br>  and<br><br>SAND CITY, CALIFORNIA and SAND CITY REDEVELOPMENT AGENCY,<br><br>    Intervenor,<br><br>SECURITY NATIONAL GUARANTY, INC.,<br><br>    Intervenor,<br><br>FRIENDS OF OCEANO DUNES, INC. and OXFOOT ASSOCIATES, LLC,<br><br>    Intervenor. | Case No. 3:08-cv-4594-PJH<br><br>~~PROPOS~~ED ORDER FOR STAY PENDING SETTLEMENT |

For good cause shown and by stipulation of the parties, it is ordered that:

1. The above-captioned case is stayed until May 11, 2009, pending filing of a settlement agreement with the Court. Pursuant to the stay, the conference scheduled for April 2, 2009 at 2:30 p.m. in this case is vacated [rescheduled for July 16, 2009 at 2:30 p.m.].

2. Until otherwise ordered by the Court, Federal Defendants need not file the administrative record.

3. Any Intervenor that opposes the settlement may file an opposition within 30 days of the filing of the agreement, and responses to any oppositions will be due 20 days later.

IT IS SO ORDERED

Dated: March 16, 2009

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

- 5 -