1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CENTER FOR BIOLOGICAL DIVERSITY,      )
                                      )
                Plaintiff,            )
        vs.                           )
                                      )
KEN SALAZAR, et al.,                  )        Case No. 3:08-cv-4594-PJH
                                      )
                Defendants,           )
                                      )
        and                           )
                                      )
SAND CITY, CALIFORNIA and SAND        )
CITY REDEVELOPMENT AGENCY,            )
                                      )
                Intervenor,           )
                                      )
SECURITY NATIONAL GUARANTY, INC.,     )
                                      )
                Intervenor,           )
                                      )
FRIENDS OF OCEANO DUNES, INC. and     )
OXFOOT ASSOCIATES, LLC,               )
                                      )
                Intervenor.           )
_____)

20

## ORDER OF DISMISSAL

21

    The terms and conditions of the Stipulated Settlement Agreement filed by Plaintiff Center

22

for Biological Diversity and Defendants Ken Salazar, Secretary of the United States Department of

23

the Interior; H. Dale Hall, Director of the United States Fish and Wildlife Service; and United States

24

Fish and Wildlife Service on __ May 11 __, 2009 are hereby adopted as an enforceable ORDER of

25

this Court, and this matter is hereby DISMISSED with prejudice.

26

Dated: ___ June 12, 2009 ___

27

        _____

        PHYLLIS J. HAMILTON

        UNITED STATES DISTRICT JUDGE

28

Judge Phyllis J. Hamilton