IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

SETH M. BARSKY, Acting Chief
KRISTEN L. GUSTAFSON, Assistant Chief
CLIFFORD E. STEVENS, JR., Trial Attorney (D.C. Bar # 463906)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 353-7548
Facsimile: (202) 305-0275
clifford.stevens@usdoj.gov

**Counsel for Federal Defendants**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br> vs. <br><br> KEN SALAZAR, et al., <br><br> Defendants, <br><br> and <br><br> SAND CITY, CALIFORNIA and SAND CITY REDEVELOPMENT AGENCY, <br><br> Intervenor, <br><br> SECURITY NATIONAL GUARANTY, INC., <br><br> Intervenor, <br><br> FRIENDS OF OCEANO DUNES, INC. and OXFOOT ASSOCIATES, LLC, <br><br> Intervenor. | Case No. 3:08-cv-4594-PJH <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND SETTLEMENT AGREEMENT AFFIRMED BY THIS COURT ON MAY 1, 2009** |

Plaintiff the Center for Biological Diversity ("Plaintiff") and Defendants Ken

Salazar,[1]/ Secretary of the United States Department of the Interior; Rowan Gould,[2]/ Acting Director of the United States Fish and Wildlife Service; and the United States Fish and Wildlife Service ("Service") (collectively, "Federal Defendants") declare as follows:

WHEREAS, this Court adopted a stipulated settlement agreement ("Agreement") between Plaintiff and Federal Defendants as an enforceable order of this Court on May 1, 2009, Dkt. No. 56;

WHEREAS, the Agreement currently states:

> The Service will conduct a rulemaking to consider potential revisions to the designated critical habitat for the Pacific Coast population of the western snowy plover under Sections 4(b)(2) and 4(a)(3)(B) of the ESA, according to the following schedule:
>
> > a. on or before December 1, 2010, the Service will submit to the Federal Register for publication a proposed regulation setting forth any proposed revisions to the critical habitat; and
> >
> > b. on or before June 5, 2012, the Service will submit to the Federal Register for publication a final determination on any proposed revisions to the critical habitat.

Dkt. No. 55-2 at ¶ 1;

WHEREAS, the Agreement states that, "[t]he Parties may seek to modify the deadlines specified in Paragraph 1 for good cause shown, consistent with the Federal Rules of Civil Procedure," Dkt. No. 55-2 at ¶ 2;

WHEREAS, because consideration of issues relating to the determination have proven to be more complex than anticipated, FWS needs three additional months to issue the proposed regulation setting forth any proposed revisions to the critical habitat;

WHEREAS, the parties to the Agreement have agreed that extending the deadline for the proposed regulation is acceptable and appropriate;

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

Paragraph 1 of the Agreement shall be revised to read as follows:

> The Service will conduct a rulemaking to consider potential revisions to the designated critical habitat for the Pacific Coast population of the western snowy plover under Sections 4(b)(2) and 4(a)(3)(B) of the ESA, according to the following schedule:
>
> > a. on or before March 1, 2011, the Service will submit to the Federal Register

---

[1]/   Pursuant to Fed. R. Civ. P. 25(d), Ken Salazar is substituted as a defendant for Dirk Kempthorne.

[2]/   Pursuant to Fed. R. Civ. P. 25(d), Rowan Gould is substituted as a defendant for H. Dale Hall.

for publication a proposed regulation setting forth any proposed revisions to the critical habitat; and

b.   on or before June 5, 2012, the Service will submit to the Federal Register for publication a final determination on any proposed revisions to the critical habitat.

IT IS SO AGREED AND AFFIRMED,

Dated:  11/30/2010

_____
Honorable Phyllis J. Hamilton
Judge, United States District Court

| | |
|---|---|
| Dated:  November, 24 2010 | Respectfully submitted, |
| | IGNACIA S. MORENO<br>Assistant Attorney General<br>U.S. Department of Justice<br>Environment & Natural Resources Division |
| | SETH M. BARSKY, Acting Section Chief<br>KRISTEN L. GUSTAFSON, Assistant Chief |
| Dated:  November 24, 2010 | By: */s/ Clifford E. Stevens, Jr.*<br>CLIFFORD E. STEVENS, JR., Trial Attorney<br>Wildlife and Marine Resources Section<br>P.O. Box 7369<br>Washington, DC 20044-7369<br>Telephone: (202) 353-7548<br>Facsimile: (202) 305-0275<br>clifford.stevens@usdoj.gov |
| | Counsel for Federal Defendants |
| Dated:  November 24, 2010 | By: */s/ John T. Buse*<br>John T. Buse (CA Bar # 163156)<br>Center for Biological Diversity<br>5656 S. Dorchester #3<br>Chicago , IL 60637<br>Telephone: 323-533-4416<br>Facsimile: 610-885-2187<br>jbuse@biologicaldiversity.org |
| | Counsel for Plaintiff |